UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: :
:
John B. Grayson : Case No.: 17-32520
: Chapter 13
Debtor. : Judge Janet S. Baer
: * * * * * * * * * * * * * * * * * * * * *
:

## AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 1564 ACORN COURT, LOMBARD, IL 60148

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #43) which was filed in this court by Ditech Financial LLC ("Movant"), Movant and John B. Grayson ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant and is currently in default for the months of November 2017 through February 2018, incurring a total post-petition arrearage of $9,899.80, which consists of 4 post-petition payments for November 1, 2017 through February 1, 2018 at $2,217.20 each, and attorney fees and costs of $1,031.00.

In order to partially eliminate said post-petition delinquency, Debtor agrees to submit to Movant and Movant agrees to accept a lump sum payment in the amount of $7,900.00 reducing the post-petition delinquency to $1,999.80 on or before February 28, 2018.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, Movant must receive the following payments by the corresponding dates:

    a. $333.30 on or before March 20, 2018;

    b. $333.30 on or before April 20, 2018;

    c. $333.30 on or before May 20, 2018;

    d. $333.30 on or before June 20, 2018;

    e. $333.30 on or before July 20, 2018;

17-039040_CJP

1

  f.  $333.30 on or before August 20, 2018.

2. Debtor agrees to resume on-going post-petition payments directly to Movant beginning March 1, 2018.

3. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

4. Upon completion of the repayment schedule listed in Paragraph #1 or tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Creditor.

5. If Creditor fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Creditor mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

6. If the Chapter 13 Trustee fails to receive two monthly plan payments and if the Debtor fails to bring his/her plan current within ten (10) calendar days after Creditor mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

7. If Creditor has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

8. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

DATED: -2 MAR 2018

ENTER: /s/ Janet S. Baer

UNITED STATES BANKRUPTCY JUDGE

Submitted by:

Umair M. Malik (6304888)
Todd J. Ruchman (6271827)
Manley Deas Kochalski LLC
P.O. Box 165028

Derrick B Hager
234 W. Roosevelt Rd.
Building 15, Suite 119
West Chicago, IL 60185

Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

Telephone: 630-587-7490
Fax: 630-587-7493
Email: dirkhager@sbcglobal.net
Attorney for Debtor